JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| LONG THANH LY,<br><br>            Petitioner,<br><br>        v.<br><br>D. MARIN, et al,<br><br>            Respondents. | No. 5:26-cv-02493-JFW-BFM<br><br>**JUDGMENT** |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition (ECF 1) is granted as to Claim One.

DATED: June 17, 2026

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE